IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EXPRESS CARD SYSTEMS, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| SHUTTERFLY, INC., CARDSDIRECT, § | CASE NO. 6:10 CV 514 |
| LLC, WAL-MART STORES, INC., § | PATENT CASE |
| WALGREEN CO. AND CVS § | |
| CAREMARK CORP. § | |
| Defendants. | |

# ORDER

Pursuant to the dismissal of all Defendants in this case, the Court hereby enters Final Judgment.  Plaintiff Express Card Systems, LLC filed suit against seven (7) defendants in this case on October 1, 2010.  Since that time, all Defendants have been dismissed: Shutterfly , Inc. (Docket No. 85); CardsDirect, LLC (Docket No. 84); Wal-Mart Stores, Inc. (Docket No. 83); Walgreen Co. (Docket No. 86); CVS Caremark Corp. (Docket No. 42); CVS Pharmacy Inc. (Docket No. 87).

It is therefore **ORDERED, ADJUDGED, and DECREED** that all parties take nothing and that all pending motions are **DENIED as MOOT**.  The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 11th day of August, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**